FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 31 PM 4: 18

DISTRICT OF UTAH

Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 11-20869 RKM |
|---|---|---|
| | ) | (Chapter 7) |
| SEAN ERROLL JENSEN AND | ) | |
| GERALDINE JENSEN, | ) | **DEPOSIT OF** |
| | ) | **UNCLAIMED FUNDS** |
| Debtors. | ) | |
| | ) | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On August 1, 2011, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 107 | Citibank NA<br>704 East 60th Street North<br>Sioux Falls, SD 57117 | $236.47 |

2. Said check has not been submitted for payment, and more than 90 days have elapsed since issuance of said check.

3. The Trustee has stopped payment on said check.

4. The unclaimed funds are on deposit in JPMORGAN CHASE BANK, Account No. 312990626766.

5. The last known name and address of payee, to which the check was sent, is listed above.

6. A check in the amount of $236.47 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 31 day of October, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2011, I served the foregoing Deposit of Unclaimed Funds upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

4851-1965-2621, v. 1

2